**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HECTOR MARIO MARTINEZ PAEZ, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-CV-01125-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| MARKWAYNE MULLIN, TODD | ) | |
| BLANCE, TODD LYONS, WARDEN OF | ) | |
| MOSHANNON VALLEY PROCESSING | ) | |
| CENTER, | | |
| | | |
| Respondents, | | |

**<u>ORDER</u>**

Before this Court is Petitioner's Petition for Writ of Habeas Corpus. (ECF No. 1). The

petition fails, because it is an improper "next friend" petition, and the Court lacks jurisdiction to

consider it.  A "next friend" of Petitioner's must meet several requirements to have standing to

"pursue[] the cause on behalf of the detained person." *Whitmore v. Arkansas*, 495 U.S. 149, 163

(1990).  First, a "next friend" holds the burden to "provide an adequate explanation" for why the

real party cannot file on his or her own behalf.  *See id.* (noting "inaccessibility, mental

incompetence, or other disability" as adequate).  Incarceration alone is not a good enough reason.

*See Klingensmith by Klingensmith v. Pennsylvania*, No. CV 25-1802, 2025 WL 3251199, at *1

(W.D. Pa. Nov. 21, 2025) (Horan, J.). Second, a "next friend" typically "must have some

significant relationship with the real party" such that the "next friend" is "truly dedicated to the

best interests" of the real party. *Whitmore*, 495 U.S. at 163–64. Third, "[a] non-attorney cannot

represent another party, even if acting as a next friend." In other words, the next friend can

essentially operate as a power of attorney and retain an attorney on behalf of the petitioner but

1

cannot proceed *pro se*. *Schlemmer v. Cent. Intel. Agency*, 804 F. App'x 127, 128 n.2 (3d Cir. 2020) (*per curiam*).  Because at least some of these requirements have not been met here, the petition is DISMISSED without prejudice. The Clerk of Court shall mark this case as closed.

DATED: June 24, 2026                                      BY THE COURT:

Marilyn J. Horan
United States District Court